|  |  |
|---|---|
|  | The Honorable Robert S. Lasnik |
|  | The Honorable Michelle L. Peterson |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIE JOLEEN HUGHES and GARRY HUGHES, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES of AMERICA, acting through the DEPARTMENT OF THE NAVY; and ALYSSA EDWARDS, an individual,<br><br>Defendants. | CASE NO. 2:19-cv-01191-RSL-MLP<br><br>ORDER REFORMING CAPTION |

Having reviewed the Notice of Substitution, pursuant to the provisions of the Federal Tort Claims Act, and specifically 28 U.S.C. § 2679(d)(1), substituting the United States of America herein in place of and instead of Alyssa Edwards and the United States Department of the Navy.

//

//

//

//

//

ORDER REFORMING CAPTION (PROPOSED)
2:19-cv-01191-RSL-MLP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that the caption of this case be amended to read as follows:

| | |
|---|---|
| MARTIE JOLEEN HUGHES and GARRY HUGHES, individually and as a marital community,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES of AMERICA,<br><br>　　　　　　　Defendant. | 2:19-cv-01191-RSL-MLP |

　　　DATED this 24th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　／s／ *MJPeterson*
　　　　　　　　　　　　　　　　　　　　MICHELLE L. PETERSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

BRIAN T. MORAN
United States Attorney

*/s/ Heather C. Costanzo*
HEATHER C. COSTANZO, Fla. # 37378
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: Heather.Costanzo@usdoj.gov

ORDER REFORMING CAPTION (PROPOSED)
2:19-cv-01191-RSL-MLP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970